# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORALEE HOBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS-SYSTEM, INC., a Washington Corporation, T-W TRANSPORT, INC, a Washington Corporation, and SYSTEM TRANSPORT, INC., a Washington Corporation,<br><br>    Defendants. | No. 2:16-cv-00257-SAB<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

Before the Court is the parties' Stipulation Re: The Courts Question Regarding Remand, EFC No. 78. The parties stipulate that all of the claims being asserted in the above-captioned case be remanded to state court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation Re: The Courts Question Regarding Remand, ECF No. 78, is **GRANTED**.
2. The above-captioned case is **remanded** to Spokane County Superior Court.

///

**ORDER REMANDING ACTION TO STATE COURT ~ 1**

1  **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order,
2  forward copies to counsel, and close the file.
3  **DATED** this 14th day of July 2017.



Stanley A. Bastian
United States District Judge

**ORDER REMANDING ACTION TO STATE COURT ~ 2**